### 32404.   Friedman *v.* Odom.

Felton, J.   1. "An agent, who for and in behalf of his principal takes the property of another without the latter's consent, is as to him guilty of a conversion, although, being ignorant of the true owner's title, the agent may have acted in perfect good faith; and such agent may be sued in trover for the property, even after his delivery of it to his principal." *Miller & Miller* v. *Wilson,* 98 *Ga.* 567 (25 S. E. 578, 58 Am. St. R. 319); *Haas & Howell* v. *Godby,* 33 *Ga. App.* 218 (125 S. E. 897), and cases cited.

2. It was not error to exclude testimony offered to impeach a witness on a matter wholly immaterial and irrelevant to the issues involved in the case on trial. *Jenkins* v. *State,* 13 *Ga. App.* 82 (78 S. E. 828); *Atlantic*

*Coast Line Railroad Company* v. *Register,* 37 *Ga. App.* 219 (139 S. E. 735), and cases cited.

3. The verdict was supported by the evidence. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Sutton, C. J., and Parker, J., concur.*